# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.                        **CASE NO.** 25-40009-01/02-TC

JASON MICHAEL STRUTTON,
BRYAN ARICK STOPHEL,

        **Defendants.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### CONSPIRACY TO COMMIT MAIL THEFT
### 18 U.S.C. § 371

Beginning on or about September 9, 2024, and continuing to on or about September 10, 2024, in the District of Kansas, and elsewhere, the defendants,

**JASON MICHAEL STRUTTON, and
BRYAN ARICK STOPHEL,**

combined, conspired, confederated, and agreed with each other to commit mail theft in

1

violation of Title 18, United States Code, Section 1708, as charged in Count 2.

The object of the conspiracy was to use fraud, deception, and subterfuge to acquire two misdelivered registered mail packages with tracking numbers ending in -0574 24 and -0596 64, containing in total approximately $50,000 U.S. Currency.

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Kansas and elsewhere:

a) Between September 9, 2024 and September 10, 2024, defendant **JASON MICHAEL STRUTTON**, coordinated with L.P. regarding a "courier" from Chesley Brown International to pick up misdelivered registered mail with tracking numbers ending in -0574 24 and -0596 64, consisting of United States Currency.

b) On or about September 10, 2024, **JASON MICHAEL STRUTTON** and **BRYAN ARICK STOPHEL** acquired clothing and other items intended to disguise **JASON MICHAEL STRUTTON** or **BRYAN ARICK STOPHEL** as money couriers for Chesley Brown International.

c) On or about September 10, 2024, **BRYAN ARICK STOPHEL,** disguised himself as a courier and signed a release statement to take custody of two registered mail packages, with tracking numbers ending in -0574 24 and -0596 64.

d) On or about September 10, 2024, **BRYAN ARICK STOPHEL** took two registered mail packages, with tracking numbers ending in -0574 24 and -0596 64, from a United States Postal Service Facility in Topeka, Kansas.

In violation of Title 18, United States Code, Section 371, with reference to Title 18, United States Code, Section 2.

## COUNT 2

**THEFT OF MAIL**
**18 U.S.C. § 1708**

On or about September 10, 2024, in the District of Kansas, the defendants,

**JASON MICHAEL STRUTTON, and**
**BRYAN ARICK STOPHEL**,

knowingly and intentionally obtained by fraud and deception, a registered mail package with tracking number ending in -0574 24, and a registered mail package with tracking number ending in -0596 64, both addressed to addressed to First National Bank of Waverly, Waverly, Kansas, from an authorized depository of mail matter, namely, the United States Postal Service Topeka Material Distribution Center, 500 SW Gary Ormsby Drive, Topeka, Kansas 66624.

In violation of Title 18, United States Code, Section 1708 with reference to Title 18, United States Code, Section 2.

## COUNT 3

**FALSE PERSONATION OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES**
**18 U.S.C. § 912**

Between September 9, 2024, and September 10, 2024, in the District of Kansas, and elsewhere, the defendant,

**JASON MICHAEL STRUTTON,**

falsely assumed and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent with the United States Postal Service – Office of Inspector General, and in such assumed and pretended character with intent to defraud did falsely obtain a thing of value, in that he obtained and conspired to obtain for the United States  two registered mail packages with tracking numbers ending in -0574 24 and -0596 64, containing, in total, approximately $50,000 U.S. Currency.

In violation of Title 18, United States Code, Section 912, with reference to Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-2 of this Indictment are hereby reallaged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-2 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.  The property to be forfeited includes, but is not limited to, the following:

> A.  A forfeiture money judgment against each defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Counts 1 and 2;

B.  A 1990 Vill recreational vehicle bearing a VIN ending in -0234.

C.  A 2010 Audi bearing a VIN ending in -6515.

3.      If any of the property described above, as a result of any act or omission of the defendants:

A.      cannot be located upon the exercise of due diligence;

B.      has been transferred or sold to, or deposited with, a third party;

C.      has been placed beyond the jurisdiction of the court;

D.      has been substantially diminished in value; or

E.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

February 5, 2025           s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Skipper S. Jacobs
Skipper S. Jacobs
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683

5

Ph: (785) 295-2850
Fax: (785) 295-2853
Email: skipper.jacobs@usdoj.gov
Ks. S. Ct. No. 26848

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

**PENALTIES**

## Count 1:  18 U.S.C. § 371  [Conspiracy]

- Punishable by a term of imprisonment of not more than five years. 18 U.S.C. § 371.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Count 2:  18 U.S.C. § 1708  [Mail Theft]

- Punishable by a term of imprisonment of not more than five years. 18 U.S.C. § 1708.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Count 2:  18 U.S.C. § 912  [False Personation of an Officer or Employee of the United States]

- Punishable by a term of imprisonment of not more than three years. 18 U.S.C. § 912.

- A term of supervised release of not more than one year.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.