# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,

          Plaintiff,

v.

**JASON MICHAEL STRUTTON**,

          Defendant.

Case Number: 25-cr-40009-TC-1

## DETENTION ORDER

On Tuesday, September 2, 2025 the Defendant appeared before this Court and, having been advised of his rights under the Bail Reform Act, 18 U.S.C. § 3142, including the right to have a detention hearing, waived his right to a detention hearing by knowingly and voluntarily executing the waiver form in open court.

IT IS THEREFORE ORDERED that the Defendant be detained pending trial.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case.  On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

2

Dated September 2, 2025, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge